# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JIMMY S. HARMON | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| STATE FARM LLOYDS, | § | JURY |
| *Defendant.* | § | |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

Defendant State Farm Lloyds files this Notice of Removal because diversity of citizenship jurisdiction exists under 28 U.S.C. § 1332.

## PROCEDURAL BACKGROUND

1. Plaintiff Jimmy S. Harmon filed this action on January 4, 2023, against State Farm Lloyds in the 99th Judicial District Court of Lubbock County, Texas. The case was docketed under cause number DC-2023-CV-0016 (the "State Court Action").

2. State Farm Lloyds was served with citation and Plaintiff's Original Petition on January 10, 2023.[1] The statutory deadline to remove this action under 28 U.S.C. §1446(b)(1) is 30 days after Defendant's receipt of the initial pleading.

3. State Farm Lloyds timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 99th Judicial District Court of Lubbock County, Texas to the United States District Court for the Northern District of Texas, Dallas Division.

4. State Farm Lloyds filed its Original Answer on January 30, 2023.[2]

---

[1] See Ex. A-4, SF's Orig. Answer.
[2] See Ex. A-2 and A-3, Pl's Org. Pet. and the Citation served to State Farm.

## NATURE OF THE SUIT

5.  This lawsuit involves a dispute over the handling and alleged non-payment of Plaintiff's claim for damages to a property allegedly caused by a storm that occurred on or about May 21, 2021.[3] Plaintiff asserts causes of action against State Farm Lloyds for: (1) breach of contract; and (2) knowing violations of the Texas Insurance Code.[4]

## BASIS FOR REMOVAL

6.  The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.   Diversity of the Parties**

7.  Removal is proper because there is and was complete diversity between the parties under 28 U.S.C. § 1332 both at the time of the filling of Plaintiff's Original Petition and at the time of its removal to this Court.

8.  Plaintiff was, at the time of filing this lawsuit, and still is, citizen of Lubbock County, Texas.[5]

9.   State Farm Lloyds was at the time this action was commenced, and still is, a citizen of Illinois. State Farm Lloyds is a "Lloyds Plan" organized under Chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters

---

[3] See Ex. A-2, Pls' Orig. Petition, ¶ 8.
[4] *Id. at* ¶¶ 13-22.
[5] *Id.* at ¶ 1.

who were at the time this action was commenced, and still are, citizens and residents of Illinois, thereby making State Farm Lloyds a citizen of Illinois for diversity purposes.[6]

**B.   Amount in Controversy**

10.    Plaintiff's Original Petition states Plaintiff seeks monetary damages of $250,000 or less.[7]

11.    Plaintiff also sent a demand letter dated August 10, 2022, seeking $18,126.19 in actual damages including attorney's fees, to date, statutory interest, and treble damages. Specifically, the letter outlined the following damages:

- $13,326.19 (calculated using the amount demanded in the notice letter, 15,753.19, less the deductible of $2,427.00); and

- $4,800.00 (attorney fees).[8]

Thus, the amount sought in the demand letter is $18,126.19.

12.    Through the Original Petition, Plaintiff further alleges that State Farm committed knowing violations of Chapter 541 of the Texas Insurance Code and, thus, alleges that Plaintiff is entitled to treble damages.[9] Plaintiff is also alleging interest pursuant to 542.060 of the Insurance Code. Accordingly, Plaintiff's enumerated damages would total at least $56,553.71.

---

[6] See *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).
[7]   See Ex. A-2, Pls' Orig. Petition., ¶ 4.
[8]   See Ex. A-5, Pl.'s Pre-suit Notice Letter.
[9]   See Ex. A-2, Pls' Orig. Petition., ¶22.

13. In addition to the enumerated damages, Plaintiff is seeking exemplary damages.[10] Plaintiff further noted in the notice/demand letter that he anticipates the actual damages to increase substantially pending investigation of the damages and his understanding of the Policy. Specifically, Plaintiff's demand letter states:

> It is likely that the damages ultimately sought at trial will be well in excess of the damages that have been identified to date because our investigation is not complete, and because it is your company's standard practice not to provide the insured a complete copy of the current policy, we do not yet know the full extent of coverages. For example, additional amounts may be owed for damages such as cosmetic damage, matching issues, business interruption, additional living expenses, increased cost of reconstruction, code upgrades, debris removal, or other such items. These are likely available to our client in amounts far in excess of what you have agreed to pay, and will ultimately be added to the amount of damages sought once our review of the damages owed under the policy is complete.[11]

Therefore, considering the specific amounts outlined in Plaintiffs' demand letter along with the damage categories, including exemplary damages, described in Plaintiffs' Original Petition, the amount in controversy exceeds $75,000.00, excluding interest and attorney's fees, satisfy the "amount in controversy" requirement of 28 U.S.C. § 1332(a).

## REMOVAL IS PROCEDURALLY CORRECT

14. This notice of removal is timely under 28 U.S.C. § 1446(b). State Farm Lloyds was served with process on January 10, 2023.[12]

15. Venue is proper in this division under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

---

[10] See Ex. A-2, Pls' Orig. Petition., ¶ 4.
[11] See Ex. A-5, Pls' Pre-suit Notice Demand Letter, dated August 10, 2022, p. 3.
[12] See Ex. A-2, Pls' Orig. Petition., p.1-2 and 10.

16. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon State Farm Lloyds in the State Court Action are attached to this notice as Exhibits A-2 through A-4.

17. Additionally, all documents required by Local Rule 81.1 to be filed with this Notice of Removal are attached and indexed in Exhibits A.

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will promptly be given to all parties and to the clerk of the 99th Judicial District Court of Lubbock County, Texas.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, State Farm Lloyds demands a trial by jury.

## PRAYER

Defendant respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. Defendant also requests any additional relief to which it may be entitled.

Respectfully submitted,

By: __*/s/ Rachel E. Wall*__
    Rachel E. Wall
    State Bar No. 24066254
    Federal ID No. 1151949
    Gem Jones
    State Bar No. 24097898
Nistico, Crouch & Kessler, P.C.
4004 Gateway, Suite 100
Colleyville, Texas 76034
Telephone: (817) 858-0362
Telecopier: (214) 722-0744
Email: rwall@nck-law.com

**ATTORNEY FOR DEFENDANT
STATE FARM LLOYDS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was duly served upon counsel of record by electronic service on February 9, 2023, as follows:

Maria R. Gerguis
Richard Daly
Daly & Black, P.C.
2211 Norfolk Street, Suite 800
Houston, Texas 77098
**VIA EFILE**

_____/s/  Rachel E. Wall_____
Rachel E. Wall